

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00243-CV

| | | |
|---|---|---|
| JOHEMMA TAVERAS-BROWN, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2021-003164-2) |
| V. | § | January 26, 2023 |
| AMANDA CHRISTINE SINGLETON, Appellee | § | Memorandum Opinion by Justice Kerr |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that Appellant Johemma Taveras-Brown must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr